[No. 45508-7-I. Division One. April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAY SCHMITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00446-3, Joseph A. Thibodeau, J., entered November 1, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, C.J., concurred in by Cox and Appelwick, JJ.

[No. 45766-7-I. Division One. April 16, 2001.]

DEAN M. STRAND, ET AL., *Appellants*, v. L.D. TRUCKING & EXCAVATING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-03191-1, Robert H. Alsdorf, J., entered December 6, 2000. *Reversed* by unpublished opinion per Ellington, J., concurred in by Baker and Appelwick, JJ.

[No. 45882-5-I. Division One. April 16, 2001.]

UNITED DEVELOPMENT CORPORATION, *Appellant*, v. THE CITY OF MILL CREEK, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-04637-2, Larry E. McKeeman, J., entered December 20, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Appelwick, JJ. Now published at 106 Wn. App. 681.

[No. 18892-2-III. Division Three. April 17, 2001.]

AARON L. LOWE, ET AL., *Appellants*, v. DOUBLE L PROPERTIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-03120-8, Neal Q. Rielly, J., entered October 12, 1999. *Reversed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.